UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | No. 3:19-cv-00007 |
| | ) | REEVES/GUYTON |
| **JAMES PAUL DOBBINS** | ) | |

**O R D E R**

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to the charges in the Indictment; (2) accept Defendant's plea of guilty to Count Two of the Indictment; (3) adjudicate Defendant guilty of the charge set forth in Count Two of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [R. 42]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [R. 42] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to the charges of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count Two of the Indictment is **ACCEPTED**;

(3)      Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count Two of the Indictment, that is, of conspiracy to possess with the intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C); and

(4)      Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter which is scheduled to take place on **March 30, 2020 at 1:30 p.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**